___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

FEB 25 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　　　v.

NATHAN BRASFIELD,

　　　　Defendant.

NO. MJ20-087

COMPLAINT FOR VIOLATION

18 U.S.C. § 922(g)(1)

BEFORE, Mary Alice Theiler, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

### COUNT 1
**(Felon in Possession of Ammunition)**

On or about February 6, 2020, in the city of Edmonds, within the Western District of Washington, the defendant, NATHAN BRASFIELD, knowing he had been convicted of the following crimes punishable by imprisonment for a term exceeding one year, to wit:

COMPLAINT/BRASFIELD - 1
USAO# 2020R00111

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

a. Felon in Possession of a Firearm, in the United States District Court for the Western District of Washington, under cause number CR14-0155JCC, on or about March 31, 2015;

b. Possession of Stolen Property in the 2nd Degree, under cause number 02-1-06564-0, in King County Superior Court, Washington, on or about February 28, 2003;

c. Possession of Stolen Property in the 1st Degree, under cause number 00-1-07131-7, in King County Superior Court, Washington, on or about November 9, 2000;

did knowingly possess in and affecting interstate and foreign commerce, the following ammunition: fifteen rounds of G.F.L, 9mm Luger ammunition, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

The undersigned complainant, Nathaniel Merritt, being duly sworn, further deposes and states as follows:

## INTRODUCTION

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I am assigned to the Seattle, Washington, Field Office. I have been an ATF Special Agent since July 27, 2014. I am responsible for investigating and enforcing violations of federal firearms laws. I graduated from the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program, which are both located at the Federal Law Enforcement Training Center in Glynco, Georgia.

2. The facts set forth in this Affidavit are based on my own personal knowledge; information obtained from other individuals during my participation in this investigation, including other law enforcement officers; interviews of cooperating witnesses; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

COMPLAINT/BRASFIELD - 2
USAO# 2020R00111

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. Because this Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint, it does not set forth each and every fact that I, or others, have learned during the course of this investigation.

## SUMMARY OF PROBABLE CAUSE

### A. NATHAN BRASFIELD's Background

4. I have reviewed the criminal history for NATHAN BRASFIELD. He has eight felony convictions: felon in possession of a firearm (2015); possession of stolen property (2011); possession of stolen property (2011); theft of telecommunication services (2003); possession of stolen property (2003); taking motor vehicle without permission (2000); taking motor vehicle without permission (2000); and possession of stolen property (1999). The felon in possession of a firearm conviction occurred in the United States District Court for the Western District of Washington. The remaining convictions occurred in the State of Washington. Brasfield was sentenced in excess of a year on his federal conviction as well as the Washington State convictions that are included in the charging language above.

### B. The Search of BRASFIELD's Residence

5. On February 6, 2020, I executed a search warrant at NATHAN BRASFIELD's residence. At the time of the search, BRASFIELD was on federal supervision for his felon in possession conviction.

6. I obtained the warrant after Customs and Border Protection officers seized two packages that were addressed to BRASFIELD at his residence. The package labels described the packages as containing "aluminum tubes." The packages in fact contained five silencers. One of the silencers is depicted below:

COMPLAINT/BRASFIELD - 3
USAO# 2020R00111

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



7.    During the search, agents recovered approximately seventeen pistols and twenty-four rifles from the residence. Most of the firearms recovered did not have serial numbers and were home-manufactured.

8.    In addition, officers recovered approximately twenty eighty-percent pistol and rifle lower receivers/frames. These eighty-percent lower receivers/frames require additional machining and milling, in order to be classified as firearms under federal law. The non-serialized firearms that were recovered appear to have been manufactured from the same type of eighty-percent lower receivers/frames that were recovered during the search.

9.    Agents also recovered firearm manufacturing equipment. BRASFIELD was in possession of a Computer Numerical Control machine that is known to gun manufacturers as a "Ghost Gunner." This machine is specifically used for the home manufacturing of firearms. BRASFIELD also was in possession of a 3-D printer and a drill press, which also are used in the manufacturing of firearms.

COMPLAINT/BRASFIELD - 4
USAO# 2020R00111

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

10. Brasfield's roommate, who is not a prohibited person, claimed that the serialized firearms (approximately eight) belong to him. He told agents that all of the non-serialized firearms belonged to BRASFIELD. Pictures of four of the non-serialized firearms are below:







COMPLAINT/BRASFIELD - 5
USAO# 2020R00111

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



11. Agents also recovered what appear to be an additional ten silencers from the residence and BRASFIELD's vehicle, a 2008 silver Porsche Cayenne. A picture of one of the silencers is below:



12. Eight of the silencers were recovered from the vehicle, which was parked in the driveway of the residence. Agents also recovered packaging addressed to Brasfield that was used to ship some of silencers. In addition, agents also recovered a loaded, non-serialized pistol, from BRASFIELD's vehicle. The pistol recovered from the vehicle has a threaded barrel, which is designed to fit one of the silencers recovered from the vehicle.

COMPLAINT/BRASFIELD - 6
USAO# 2020R00111

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The pistol was loaded with fifteen rounds of ammunition stamped with "G.F.L, 9mm Luger"; this stamping indicates Fiocchi Munizioni is the manufacturer.

13. In addition to the ammunition recovered from BRASFIELD's vehicle, agents also recovered thousands of rounds, approximately 300 lbs. of ammunition. Some of the ammunition was recovered in a safe, but a large amount was recovered outside the safe. BRASFIELD's roommate stated that the ammunition in the safe was either his or BRASFIELD's, as they shared the safe. The roommate said that any remaining ammunition belonged to BRASFIELD.

14. Agents also recovered invoices and boxes from firearms dealers that were addressed to BRASFIELD.

15. An ATF interstate nexus expert has examined the Fiocchi Munizioni ammunition mentioned above, and confirmed that it was manufactured outside the State of Washington.

## CONCLUSION

16. Based on the foregoing, I respectfully submit that there is probable cause to believe that NATHAN BRASFIELD committed the crime of Felon in Possession of Ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

NATHANIEL MERRITT, Complainant,
Special Agent, ATF

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this __25__ day of February, 2020.

MARY ALICE THEILER
United States Magistrate Judge

COMPLAINT/BRASFIELD - 7
USAO# 2020R00111

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970