Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

March 4, 2020

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN BRASFIELD,<br><br>Defendant. | NO. CR20-035 RAJ<br><br>**INDICTMENT** |

The Grand Jury charges that:

### COUNT 1
### (Felon in Possession of Ammunition)

On or about February 6, 2020, in the city of Edmonds, within the Western District of Washington, the defendant, NATHAN BRASFIELD, knowing he had been convicted of the following crimes punishable by imprisonment for a term exceeding one year, to wit:

    a.    Felon in Possession of a Firearm, in the United States District Court for the Western District of Washington, under cause number CR14-0155JCC, on or about March 31, 2015;

    b.    Possession of Stolen Property in the 2nd Degree, under cause number 02-1-06564-0, in King County Superior Court, Washington, on or about February 28, 2003;

Indictment/Brasfield - 1

  c. Possession of Stolen Property in the 1st Degree, under cause number 00-1-07131-7, in King County Superior Court, Washington, on or about November 9, 2000;

did knowingly possess in and affecting interstate and foreign commerce, the following ammunition: fifteen rounds of G.F.L, 9mm Luger ammunition, which had been shipped and transported in interstate and foreign commerce.

  All in violation of Title 18, United States Code, Section 922(g)(1).

## ASSET FORFEITURE ALLEGATION

  The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

  Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of the offense alleged in Count 1 of the Indictment, the defendant, NATHAN BRASFIELD, shall forfeit to the United States any firearms and ammunition involved or used in any knowing violation of Title 18, United States Code, Section 922(g), including, but not limited to the ammunition identified in Count 1.

  If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

  1. cannot be located upon the exercise of due diligence;
  2. has been transferred or sold to, or deposited with, a third party;
  3. has been placed beyond the jurisdiction of the Court;
  4. has been substantially diminished in value; or
  5. has been commingled with other property which cannot be divided without difficulty;

//
//
//

1  it is the intent of the United States, pursuant to Title 21, United States Code,
2  Section 853(p), to seek the forfeiture of any other property of the defendant up to the
3  value of the above-described forfeitable property.

A TRUE BILL:

DATED: March 4, 2020

(*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States*)

FOREPERSON

_____
BRIAN T. MORAN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
THOMAS M. WOODS
Assistant United States Attorney