HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. CR20-035-RAJ |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER GRANTING UNOPPOSED<br>) MOTION TO PROCEED WITH<br>) SENTENCING HEARING BY VIDEO |
| NATHAN BRASFIELD | ) CONFERENCE |
| Defendant. | ) |

THE COURT has considered Defendant's unopposed motion to proceed with the sentencing hearing by video conference and the files and records herein. The Court finds that, for the reasons set forth in Defendant's unopposed motion, delays in the ultimate disposition of this case would result in serious harm to the interest of justice as required under the CARES Act.

Therefore, the Court GRANTS the motion (Dkt. #32). The sentencing in this matter is continued from October 2, 2020, to **October 9, 2020 at 11:00 a.m.**, and will be conducted via WebEx videoconferencing.

DATED this 3rd day of September, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO PROCEED
WITH SENTENCING HEARING BY VIDEO
CONFERENCING
(*Nathan Brasfield* / CR20-035-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
**(206) 553-1100**