HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NATHAN BRASFIELD,<br><br>　　　　　　Defendant. | No. CR20-035-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION FOR ORDER RECOMMENDING PLACEMENT IN THE RDAP PROGRAM |

THE COURT has considered Defendant's unopposed motion for a judicial recommendation to the Bureau of Prisons that Mr. Brasfield participate in the RDAP program and the files and records herein.  Finding good cause, the Court GRANTS the motion (Dkt. # 42) and makes a judicial recommendation to the Bureau of Prisons for Mr. Brasfield to be placed in the RDAP program.

DATED this 18th day of October, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION FOR ORDER
RECOMMENDING PLACEMENT IN THE
RDAP PROGRAM
(*Nathan Brasfield* / CR20-035-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100